

EOD
02/06/2019

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ILIR MURATI | § | Case No. 18-42794 |
| | § | |
| Debtor | § | Chapter 13 |

## ORDER DISMISSING CASE WITH PREJUDICE

Came on for consideration the Texas Comptroller of Public Accounts' Certificate of Non-Compliance with the Agreed Order Conditioning the Texas Comptroller of Public Accounts' Motion to Dismiss with Prejudice [Docket # 16], and it appearing that cause exists to dismiss this case due to the Debtor's failure to comply with the Agreed Order signed in this case on January 8, 2019, it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE to refiling bankruptcy under any chapter for 120 days.

Signed on 2/6/2019

*Brenda T. Rhoades*   SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

2

Order submitted by:

Jason A. Starks
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548
Telephone: (512) 475-4867
Facsimile: (512) 482-8341
jason.starks@texasattorneygeneral.gov

ATTORNEY FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS